IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, | * | |
| Plaintiff, | * | CV 114-112 |
| v. | * | |
| BRIAN PRESTON HENSLEY and ULYSSES RODNEY ANDERSON, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 65.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA